UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HALLE ROSE JOHNSTON; and
FELIX ADRIAN MARQUEZ
PLASCENCIA,

          Plaintiffs,

v.

KARLA MORAN; ALEJANDRO
MAYORKAS; UR MENDOZA
JADDOU; ANTONY J. BLINKEN;
PHILLIP SLATTERY; and RICHARD
VISEK, in their official capacities,

          Defendants.

C24-5117 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    This case is STAYED pending resolution of *Mercado v. Miller*, Case No. 23-16007, in which the United States Court of Appeals for the Ninth Circuit heard oral argument on November 6, 2023. The parties are DIRECTED to file a Joint Status Report consolidated with the Joint Status Report due in the related cases C23-97, C23-535, C23-620, C23-1472, C23-5374, and C23-5378 within fourteen (14) days after resolution of *Mercado*, or by **June 14, 2024**, whichever occurs earlier.

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 18th day of March, 2024.

                                              Ravi Subramanian
                                              Clerk

                                              s/Laurie Cuaresma
                                              Deputy Clerk

MINUTE ORDER - 1